IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PAUL ANDREW NIXSON,
080719-E-1229

       Plaintiff,

v.                                       CASE NO. 5:09cv169-SPM/AK

WALTER A. MCNEIL, et al.,,

       Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated September 17, 2009. Doc. 20. Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 20) is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice for Plaintiff's failure to prosecute and comply with Court orders.

DONE AND ORDERED this 24th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge